U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 6 2023

TONY R. MOORE, CLERK
BY: _____ MB
        DEPUTY

Dear Clerk

I'm in Pollock, LA
I need to know which courthouse covers or is over this area? and is the court, clerk, public defenders office, and District attorney's offices all in the same address.

Please send me all addresses, phone numbers, emails of all the above who cover this area please

Respectfully,
Lorenzo Harris-Thompson
11492029
United States Penitentiary
P.O. Box 2099
Pollock, LA 71467

