RECEIVED
DEC 18 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

12/5/2023

I Charles Davenport am Respectfully Requesting to File a Forma Papennus Against Caddo Correctional Center for the Following Reasons. I was Housed in the Mens Mental Section of the Center on June 14, 2023, when another Inmate Sexually Touched me in a Intimate way. I Defended myself Against the Individual, which ultimately Caused me Physical and Emotional Harm. The Correctional Center Cited me with two Different Types of Discipline, which has Caused me to Recieve Behavioral Management unit time and also a State Charge of Simple Battery. I Have Become the Victim of an Attack placed upon myself and a Victim of Double Jeopardy. There are numerous Fights occuring in the Jail that Doesn't Require State Charges. The Individual That Assaulted me is Caucasian and I'm African American. This is a Sign of Direct Discrimination towards me for Being an African American male defending myself towards a Caucasian Male. Please Forward me the proper Forms to File a Civil Lawsuit to Defend myself.

Sincerely yours,