I wrote and you sent me a Form of Pauperis I have sent number six page to Ast warden But she is Refusing to send it Back eto me with my account summarry thats why I am Filing a 1983 civil law suit I am unsure why she is trying to Block me I Guess Because she is on my law suit can you Please mail me another Form of Pauperis so I can try to Beg her to send it to me and if the court can Help me I am at SPdc 1384 Detention center Road many LA 71449 Phone is 318-256-0006 I Really need to File my 1983 they Refuse me Court Access and even medical care I currently have over three Fractures and a chipped knee Bone and Admin Here Refuses to Help thats why im Filing a 1983 But if you can Help me I sure could use it Because Ast warden Continues to try to Block my 1983 motion Thankyou very much

From Steven Sepulvado 736350

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
DEC 27 2023
TONY R. MOORE, CLERK
BY: _____ DEPUTY
copy work